# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Israel, Sharon Brown, unborn babies, All people why have a right to live, The God of the Bible, Yahweh, Elohim, Hashem, Jesus Christ, The Holy Spirit.

Write the full name of each plaintiff.

____CV____
(Include case number if one has been assigned)

-against-

U.N. United Nations, WHO, World Health Organization, UNRWA, O.M.H. Office of Mental Health, Planned Parenthood, Abortion Industry.

**COMPLAINT**

Do you want a jury trial? ☑ Yes  ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*Right to life, Right to Freedom of speech, Right to bear arms, right to self defense, Right to Freedom of Religion. There are two credible valid Religions Judiasm and Christianity. All others are plagiaristic and Rebellion from God.*

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Sharon Brown_ (Plaintiff's name), is a citizen of the State of

_NYS_

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __U.N. United Nations__, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, __U.N., U.N.RWA__, is incorporated under the laws of the State of __NYS, et al__

and has its principal place of business in the State of __NY__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant. __Will find out all information in discovery__

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Sharon__        __L__        __Brown__
First Name      Middle Initial   Last Name

__130-10 140 Street Suite 1__
Street Address

__Queens, Jamaica__     __NY__     __11436__
County, City            State      Zip Code

__1-929-624-0164__      __Sharonbrown51074@gmail__
Telephone Number        Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: U.N. United Nations
First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Defendant 2: WHO, World Health Organization
And OMH First Name Office of Mental Health    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Defendant 3: UNRWA [scribbled]
First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Page 4

Defendant 4: **Planned parenthood**
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: **America, Israel, Africa, et al**

Date(s) of occurrence: **9/11/2001 - 10/7/2023**

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Israel and Sharon Brown, unborn babies, those who have right to life and, the God of the Bible have been targeted by laws such as abortion, Gender Mutilation, Abortion being funded and Babies tortured in murder abortion. These terrorist target People who Believe in the Bible, the Constitution and Standards, they want to institute Sharia "law" which don't have any self evident truths. Islam is false and a lie. Islam Declared Jihad on Jews, Christians and any non muslim. Islam Declared they want to repeat 10/7. Islam is banned worldwide as a result

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

School Shootings Because prayer and Bible were Removed. and pornographic Books placed therein, drag shows in school, torture decapitation, dismemberment abortion on unborn babies we must defend, fraud of false sex on children in americas etc birth certificate, terrorists attacking and threatening like faith people like Israel

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Israel needs reparations etc from Islam for their being responsible for holocaust and all Jihad terrorist attempts, antisemitism, slander against Israel, America christian and Jews around the world. reparations and money from Islamic seize governments who payed muslims to attack on 9/11 and 10/7 etc. governments still pay families of terrorist. seize their assets.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

**Dated:** 9/16/2024

**Plaintiff's Signature:** Sharon Brown

**First Name:** Sharon **Middle Initial:** L **Last Name:** Brown

**Street Address:** 130-10 140 Street Suite 1

**County, City:** Queens, Jamaica **State:** NY **Zip Code:** 11436

**Telephone Number:** 1-929-624-0164 **Email Address (if available):** Sharonbrown51074a@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☑ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.