UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
-------------------------------------------------------------x

Israel, Sharon Brown, Unborn babies, All people who have a right to life, The God of the Bible: Yahweh, Elohim, Hashem, Jesus Christ, The Holy Spirit

Plaintiff,

___ Civ. ____ ( )

- against -

U.N. United Nations, W.H.O. World Health Organization, UNRWA, OMH Office of Mental Health, Planned Parenthood, Abortion industry

Defendant.

**ORDER TO SHOW CAUSE
FOR PRELIMINARY INJUNCTION
AND TEMPORARY RESTRAINING
ORDER**

-------------------------------------------------------------x

Upon the affidavits of ___Sharon Brown___, sworn to the _16_ day of _September, 2024_, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendant show cause before a motion term of this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____, _____, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from _Performing abortions in NYC, NYS and America all 50 states, Gender mutilation, Medicating Children for transgender issues, Change birth Certificate sex, Funding Abortion at all, Rescind Charter to organizations of Defendants et al, Rescind Tax Exemption Status, Declare them a terrorist organization, Stop decapitation unborn baby torture_; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendant is temporarily restrained and enjoined from _Performing Abortions in NYC, NYS, Medicating_

_Put Prayer, Bible Back in schools, decapitation unborn baby torture._

children for transgender issues) Changing Birth Certificate sex, Funding Abortion At all, Rescind charter to organizations of Defendants et al, Rescind Tax Exemption; and it is further Status, Declare them a terrorist organization, stop decapitation and unborn baby torture, Put prayer, Bibles Back in Schools, Close Abortion Clinics, Close Planned parenthood

ORDERED that security in the amount of $_____ be posted by the plaintiff prior to _____ \_\_\_, _____, at _____ o'clock in the \_\_\_\_noon of that day; and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before _____ o'clock in the \_\_\_\_noon, _____ _____ \_\_\_, _____, shall be deemed good and sufficient service thereof.

DATED:  New York, New York

ISSUED: _____M

_____
United States District Judge