# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Israel, Sharon Brown, Unborn babies, All people who have a right to life, The God of the Bible: Yahweh Elohim, Hashem, Jesus Christ, The Holy Spirit,

Write the full name of each plaintiff or petitioner.

Case No. _____ CV _____

-against-

U.N. United nations, W.H.O. World Health organization, UNRWA, OMH office of mental Health, Planned parenthood, Abortion industry.

Write the full name of each defendant or respondent.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that **Sharon Brown** (plaintiff or defendant) **Sharon Brown** (name of party who is making the motion) requests that the Court: Stop abortion in NYC, NYS and America all 50 states, right to life already exists and murder, decapitation mutilation is already a crime, babies have civil rights and constitutional rights, Stop Gender mutilation, Stop transgender medication, stop funding for all aggregious offending organizations, Rescind Charters, Rescind tax exemption status, Declare them terrorist organizations.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

- ☑ a memorandum of law — murder, serial killing babies, drugging children, terrorism
- ☑ my own declaration, affirmation, or affidavit — herein documents
- ☑ the following additional documents: OSC, IFP, Complaint

Dated: 9/16/2024

Signature: Sharon Brown

Name: Sharon Brown

Prison Identification # (if incarcerated): N/A

Address: 130-10 140 Suite Street
City: Jamaica
State: NY
Zip Code: 11436

Telephone Number: 1-929-674-0164
E-mail Address: Sharonbrown51074@gmail.com