# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Israel, Sharon Brown, Unborn babies, All People who have a right to life, The God of the BiBle: Yahweh, Elohim, Hashem, Jesus Christ, The Holy Spirit

Fill in above the full name of each plaintiff or petitioner.

Case No. ____ CV ____

-against-

U.N. United Nations
W.H.O. World Health organization, UNRWA,
O.M.H. Office of Mental Health,
Planned Parenthood, Abortion Industry

Fill in above the full name of each defendant or respondent.

## DECLARATION

America is a Judeo Christian Nation, the BiBle is the Basis of the constitution, there is NO Seperation of Church and State. America is Judeo-Christian we must live out our Faith and BiBle laws.

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, _____, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

Babies are decapitated, beheaded, dismembered in torture abortion. People have a right to life assisted suicide violates that. Doctors state they cut trachea or vocal chords to stop babies from screaming during abortion murders, babies have a right to life even unborn, the BiBle says they are alive Exodus 22, 23, 24. It's fraud to change sex on Birth Certificate. The U.N. is Bombing Israel & must stop

Rev. 6/30/16

All the sins allowed in society amount to the most heinous crimes and are the cause of Israel being the target of terrorists. Islam wants children to marry at 9 years old and younger like their false prophet mohammed or false God allah. Islam states they can lie to Jews and Christians. Their evil mental health system and Islamic doctors push transgenderism, genital mutilation, pedophilia like mohammed the false prophet. Schools have shootings because they have sm, drag shows, pornographic books and pornographic material, Human sex trafficking, unnecessarily drugs children. Prayer and the Bible should be practiced and taught in schools.

Attach additional pages and documents if necessary.

9/16/2024
Executed on (date)

Signature: Sharon Brown

Name: Sharon Brown
Prison Identification # (if incarcerated): N/A

Address: 130-10 140 Street Suite 1
City: Jamaica
State: NY
Zip Code: 11436

Telephone Number: 1-929-624-0164
E-mail Address: sharonbrown5104@gmail.com