UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARON L. BROWN,<br><br>                    Plaintiff,<br><br>        -against-<br><br>UNITED NATIONS ET AL,<br><br>                    Defendants. | 24cv7061 (UA)<br><br>ORDER GRANTING IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated:   September 19, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                      Chief United States District Judge