UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL; SHARON BROWN; UNBORN BABIES; ALL PEOPLE WHO HAVE A RIGHT TO LIFE; THE GOD OF THE BIBLE; YAHWEH; ELOHIM; HASHEM; JESUS CHRIST; THE HOLY SPIRIT,<br><br>                Plaintiff,<br><br>-against-<br><br>U.N. UNITED NATIONS; W.H.O.; WORLD HEALTH ORGANIZATION; UNRWA; O.M.H. OFFICE OF MEANTH HEALTH; PLANNED PARENTHOOD; ABORTION INDUSTRY,<br><br>                Defendant. | 24 CIVIL 7061 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 26, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: February 27, 2025
       New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge