UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHARON L. BROWN,

                Plaintiff,

        -against-

UNITED NATIONS; WORLD HEATH ORGANIZATION; UNRWA; PLANNED PARENTHOOD,

                Defendants.

24-CV-7061 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      The Court denies Plaintiff's motion for an extension of time to file her timely notice of appeal as unnecessary. (ECF 12.) Plaintiff appears to have submitted this motion as an attachment to her notice of appeal. The Clerk of Court is directed to terminate this motion.

SO ORDERED.

Dated:   March 7, 2025
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge